1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  RAVEN M. NORRIS (CABN 232868)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6915
7      FAX: (415) 436-6570
       Raven.Norris@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,         ) CASE NO. C 05-00763 JW
                                       )
15 |     Plaintiff,                    ) [PROPOSED] ORDER GRANTING UNITED
                                       ) STATES OF AMERICA'S MOTION TO
16 |  v.                               ) WITHDRAW OR OTHERWISE TERMINATE
                                       ) WRIT OF GARNISHMENT
17 | MARVIN EWING and CHERYL EWING,    )
                                       )
18 |     Defendant(s),                 )
                                       )
19 | _____  )
                                       )
20 | DIVIDEND CAPITAL DIVERSIFIED      )
     PROPERTY FUND,                    )
21                                     )
         Garnishee.                    )
22                                     )
                                       )
23 | _____  )

24      Upon consideration of the United States' Motion to Withdraw or otherwise Terminate

25  Stipulation For Entry of Order Granting Writ of Garnishment and Order of Disposition and for good

26  cause shown,

27      IT IS HEREBY ORDERED that the United States' Motion to Withdraw or Otherwise Terminate

28  Stipulation for Order Granting Writ of Garnishment is granted.

ORDER RE: MOTION TO WITHDRAW GARNISHMENT PROCEEDING
C 05-00763 JW                                    1

IT IS FURTHER ORDERED that the Stipulation for Order Granting Writ of Garnishment is withdrawn and terminated.

Dated: 8/21/14

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

ORDER RE: MOTION TO WITHDRAW GARNISHMENT PROCEEDING
C 05-00763 JW                                                            2